2005R0889/rjg

150
4/7/06

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| v. | : | Criminal No. 06-286 (JAP) |
| BO ZHOU | : | 18 U.S.C. §§ 844(i) and 2 |

**INDICTMENT**

The Grand Jury in and for the District of New Jersey, sitting in Newark, charges:

On or about February 15, 2005, in Hudson County, in the District of New Jersey and elsewhere, defendant

BO ZHOU

did maliciously damage and destroy and attempt to damage and destroy, by means of fire and an explosive, property, namely a 2001 Sealine model T51 motor vessel, hull number SIL51038K001, which was used in interstate and foreign commerce and in activities affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 844(i) and 2.

A TRUE BILL

FOREPERSON

*[signature]*
CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY

CASE NUMBER: _____

**United States District Court
District of New Jersey**

UNITED STATES OF AMERICA

v.

BO ZHOU

**INDICTMENT CHARGING
VIOLATION OF**

18 U.S.C. §§ 844(i) and 2

A True Bill,

_____

CHRISTOPHER J. CHRISTIE
*UNITED STATES ATTORNEY
NEWARK, NEW JERSEY*

R. JOSEPH GRIBKO
*ASSISTANT U.S. ATTORNEY*
*973-645-2765*

USA-48AD 8
(Ed. 1/97)