UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-286-01 |
| V. | : | RECOGNIZANCE NO. NEW0755 |
| BO ZHOU, | : | ORDER FOR RETURN OF DEPOSIT OF BAIL |
| Defendant | : | |

It appearing that the above-captioned defendant was held in bail by the United States District Court for the District of New Jersey for appearance before this Court and that the sum of FIFTY THOUSAND DOLLARS ($50,000.00), was deposited into the Registry of this Court as security for the said recognizance, and

It further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record,

**IT IS ON THIS** 29th day of January, 2009,

**ORDERED THAT** the sum of FIFTY THOUSAND DOLLARS ($50,000.00) be paid to Bo Zhou, 230 W. 79th Street, N15, New York, NY 10024.

GARRETT E. BROWN, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT